1  David Hilton Wise, Esq. (Nevada State Bar No. 11014)
   **WISE LAW FIRM, PLC**
2  335 W 1st Street
   Reno, Nevada 89503
3  Telephone: (775) 299-4284
   Email: dwise@wiselaw.pro
4
   Scott Edward Cole, Esq. (CA S.B. #160744)*
5  Laura Van Note, Esq. (CA S.B. #310160)*
   **COLE & VAN NOTE**
6  555 12th Street, Suite 2100
   Oakland, California 94607
7  Telephone: (510) 891-9800
   Email: sec@colevannote.com
8  Email: lvn@colevannote.com

9  *Attorneys for Representative Plaintiff*
   *and the Plaintiff Class*
10
   *\*Pro Hac Vice Forthcoming*
11

12              **UNITED STATES DISTRICT COURT**

13                  **DISTRICT OF NEVADA**

14  MARK METZLER, individually, and on        **Case No. 2:25-cv-1911-GMN-EJY**
    behalf of all others similarly situated,
15                                            **CLASS ACTION**
                        Plaintiff,
16  v.                                        **NOTICE OF SUBSTITUTION OF**
                                              **COUNSEL**
17  BOYD INTERACTIVE GAMING, INC.,

18                        Defendant.

19

20          **NOTICE IS HEREBY GIVEN** that, Scott Edward Cole of Cole & Van Note hereby

21  withdraws himself as an attorney for the Representative Plaintiff and the Plaintiff Class.

22          **NOTICE IS HEREBY GIVEN** that, Laura Van Note of Cole & Van Note hereby

23  substitutes herself as an attorney for the Representative Plaintiff and the Plaintiff Class.

24

25  Dated: October 16, 2025          By: /s/ *David Hilton Wise*

26                                   David Hilton Wise, Esq. (NV S.B. No. 11014)
                                     **WISE LAW FIRM, PLC**
27                                   335 W 1st Street
                                     Reno, Nevada 89503
28                                   Telephone:    (775) 299-4284

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

-1-

1    Email:        dwise@wiselaw.pro

2    Scott Edward Cole, Esq. (CA S.B. #160744)*
     Laura Van Note, Esq. (CA S.B. #310160)*
3    **COLE & VAN NOTE**
     555 12th Street, Suite 2100
4    Oakland, California 94607
     Telephone:    (510) 891-9800
5    Email:        sec@colevannote.com
     Email:        lvn@colevannote.com
6

7    *Attorneys for Representative Plaintiff and the Plaintiff
     Class*
8

9    *Pro hac vice forthcoming*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

-2-
NOTICE OF SUBSTITUTION OF COUNSEL
Case No.: 2:25-cv-01911-GMN-EJY